No. 88–522. NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOCIATION OF NEW YORK CITY, INC., PENSION FUND ET AL.

*v.* PARK SOUTH HOTEL CORP.   C. A. 2d Cir.   Certiorari denied.